ACCEPTED
12-14-00053-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/18/2015 10:32:48 AM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/18/2015 10:32:48 AM

CATHY S. LUSK
Clerk

18 JUNE 2015

Twelfth Court of Appeals
1517 W Front St Ste 354
Tyler TX 75702-7854

**Re: Moreno v. State**
    **12-14-00103-CR**
  **Kennedy v. State**
    **12-14-00219-CR**
  **Evans v. State**
    **12-14-00053-CR**

To The Honorable Clerk of the Court:

Please find enclosed a copy of the letter sent to my client regarding his right to file a PDR along with a copy of the certified return receipt showing the mailing of the same.

Sincerely,

/s/Austin Reeve Jackson

16 JUNE 2015

Frank Evans, Jr.
Inmate 01912350
Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597

**Re: Opinion**

Mr. Evans:

Please find enclosed a copy of opinion issued by the Twelfth Court of Appeals in your case. The Court has affirmed your conviction.

Should you desire to do so, you do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

I would be happy to address any questions or concerns you have if you will simply let me know.


Sincerely,

Austin Reeve Jackson

# U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

GATESVILLE, TX 76597

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| | | $0.00 |
| Total Postage & Fees | $ | $0.71 |
| | | $6.96 |

0711
02

Postmark
Here

06/17/2015

Sent To  FRANK EVANS, JR

Street & Apt. No.,
or PO Box No.  Rt 2 Box 4400

City, State, ZIP+4  Gatesville TX 76597

PS Form 3800, July 2014          See Reverse for Instructions